E-FILED
Friday, 10 July, 2020  04:55:15 PM
Clerk, U.S. District Court, ILCD

Scheduling Order Urbana 1/22/2018

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**UNITED STATES OF AMERICA**
    Plaintiff

CASE NO. **20-20043**

**JOHN T. SEEBAUER**
    Defendant

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **2:45 P.M.** on **August 19, 2020** before the Honorable Eric I. Long, Courtroom B, at the Urbana Federal Courthouse.

**IT IS HEREBY ORDERED** this matter is set for JURY SELECTION and JURY TRIAL at **8:45 A.M.** on **September 10, 2020** before the Honorable Michael M. Mihm, Courtroom A, at the Urbana Federal Courthouse.

**IT IS FURTHER ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 10th day of July, 2020.

s/Eric I. Long
_____
ERIC I. LONG
U.S. MAGISTRATE JUDGE