# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-CR-20043 |
| ) | |
| JOHN T. SEEBAUER, ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Now comes, the United States of America, by its attorney, Richard Kim, Assistant United States Attorney, and enters his appearance as co-counsel, on behalf of the United States of America, to assist counsel in the litigation of all forfeiture issues in the above-entitled cause.

    Respectfully submitted,

    JOHN C. MILHISER  
    UNITED STATES ATTORNEY

By:   */s/ Richard Kim*  
    Richard Kim, IL Bar No. 6226879  
    Assistant United States Attorney  
    United States Attorney's Office  
    318 South Sixth Street  
    Springfield, IL 62701  
    Telephone: 217-492-4450  
    Email: richard.kim@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ Richard Kim*
Richard Kim, IL Bar No. 6226879
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Email: richard.kim@usdoj.gov