**IN THE UNITED STATES DISTRICT COURT**  
**FOR THE CENTRAL DISTRICT OF ILLINOIS**  
**URBANA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   20-CR-20043 |
| ) | |
| JOHN T. SEEBAUER, ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

NOW COMES **AUDREY C. THOMPSON** of the law firm **BECKETT LAW OFFICE, P.C.**, and enters her appearance as counsel on behalf of the Defendant, **JOHN SEEBOUGHER**, in the above-entitled cause.

> **BECKETT LAW OFFICE, P.C.**  
> Attorney for Defendant,
>
> By: */s/ Audrey C. Thompson*  
> Audrey C. Thompson,  
> Attorney for the Defendant

**AUDREY C. THOMPSON**  
**BECKETT LAW OFFICE, P.C.**  
508 South Broadway Avenue  
Urbana IL  61801  
(217) 328-0263 [Voice]  
(217) 328-0290 [Facsimile]  
audrey@beckettlawpc.com  
A.R.D.C. # 6327692

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2020, I electronically filed the above **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Elly Pierson, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

and I hereby certify that on July 16, 2020, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

*/s/ Audrey C. Thompson*
Audrey C. Thompson,
Attorney for Defendant

**AUDREY C. THOMPSON**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway Avenue
Urbana IL  61801
(217) 328-0263 [Voice]
(217) 328-0290 [Facsimile]
audrey@beckettlawpc.com
A.R.D.C. # 6327692