UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   20-cr-20043 |
| | ) | |
| JOHN T. SEEBAUER, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS DEFENDANT'S COUNSEL**

**NOW COME** Thomas W. Patton and Elisabeth R. Pollock and the Office of the Federal Public Defender for the Central District of Illinois, and move this Court for the entry of an Order granting them leave to withdraw as counsel of record for Defendant, JOHN T. SEEBAUER, in the above-entitled cause on the grounds that private counsel, Audrey Thompson, has entered an appearance on Defendant's behalf.

                                                  Respectfully submitted,
                                                  JOHN T. SEEBAUER, Defendant

                                                  THOMAS W. PATTON
                                                  Federal Public Defender

                            By:    /s/ Elisabeth R. Pollock
                                         Assistant Federal Public Defender
                                         300 West Main Street
                                         Urbana, IL 61801
                                         (217) 373-0666
                                         (217) 373-0667 FAX
                                         Elisabeth_Pollock@fd.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

<u>/s/ Elisabeth R. Pollock</u>
Assistant Federal Public Defender
300 West Main Street
Urbana, IL 61801
(217) 373-0666
(217) 373-0667 FAX
Elisabeth_Pollock@fd.org