IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   20-CR-20043 |
| | ) | |
| JOHN T. SEEBAUER, | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE

**NOW COMES** the Defendant, JOHN T. SEEBAUER, by and through his attorney, Audrey C. Thompson, of Beckett Law Office, P.C., and in support of his *Motion to Continue* states as follows:

1. This matter is set for a pre-trial hearing on August 19, 2020, at 2:45 p.m.

2. Due to the current outbreak of COVID-19 and the steps that both the Courts and the jail facilities have taken to combat the spread of the disease, Counsel for Defendant has not had adequate time to consult with Defendant, share discovery with Defendant, and have a meaningful discourse regarding Defendant's options.

3. The Government and Defendant are still in the process of sharing and reviewing discovery.

4. Defense counsel has consulted with the U.S. Attorney and they do not oppose the requested continuance.

5. A continuance of approximately 60 days may place the parties in a position to conclude the case.

6. This continuance is sought in the interest of justice and not for purposes of delay. The Defendant is fully aware of this request and agrees with defense counsel's advice regarding this request for a continuance.

**WHEREFORE** the Defendant, JOHN T. SEEBAUER, prays that the current pre-trial and jury trial settings be vacated and the matter be set for new dates consistent with the Court's schedule and for such other relief deemed just and appropriate.

                                      **BECKETT LAW OFFICE, P.C.**
                                      Attorney for Defendant,

                                      By: */s/ Audrey C. Thompson*
                                              Audrey C. Thompson,
                                          Attorney for the Defendant

**AUDREY C. THOMPSON**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway Avenue
Urbana IL  61801
(217) 328-0263 [Voice]
(217) 328-0290 [Facsimile]
audrey@beckettlawpc.com
A.R.D.C. # 6327692

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2020, I electronically filed the above *Motion to Continue* with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Elly Pierson, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

and I hereby certify that on August 14, 2020, I mailed by United States Postal Service, first class postage prepaid and legibly addressed, the document(s) to the following non-registered participants:

**N/A**

>  */s/ Audrey C. Thompson*
> Audrey C. Thompson,
> Attorney for Defendant

**AUDREY C. THOMPSON**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway Avenue
Urbana IL  61801
(217) 328-0263 [Voice]
(217) 328-0290 [Facsimile]
audrey@beckettlawpc.com
A.R.D.C. # 6327692