UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 20-cr-20043 |
| JOHN T. SEEBAUER, | ) |
| Defendant. | ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

The United States of America, by its attorneys, Douglas J. Quivey, Acting United States Attorney for the Central District of Illinois and John D. Hoelzer, Assistant United States Attorney, respectfully moves this Court to substitute the undersigned counsel's appearance for Assistant United States Attorney Richard Kim as co-counsel in the above-referenced cause to assist in the litigation of all forfeiture issues.

Respectfully submitted,

DOUGLAS J. QUIVEY
ACTING UNITED STATES ATTORNEY

By:  /s/ John D. Hoelzer
John D. Hoelzer, IL Bar No. 6295098
Assistant United States Attorney
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Email: john.hoelzer@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                           */s/ John D. Hoelzer*
                                           John D. Hoelzer, IL Bar No. 6295098
                                           Assistant United States Attorney
                                           United States Attorney's Office
                                           318 South Sixth Street
                                           Springfield, IL 62701
                                           Telephone: 217-492-4450
                                           Email: john.hoelzer@usdoj.gov