# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     Plaintiff, )<br> )<br>vs. )<br> )<br>JOHN T. SEEBAUER, )<br>     Defendant. ) | Case No.   20-CR-20043 |

## MOTION TO CONTINUE

**NOW COMES** the Defendant, JOHN T. SEEBAUER, by and through his attorney, Audrey C. Thompson, of Beckett Law Office, P.C., and in support of his *Motion to Continue* states as follows:

1. This matter is set for a pre-trial hearing on September 9, 2021, at 2:00 p.m.

2. The Government and Defendant are in the process of addressing matters that may lead to a resolution of this case without the necessity of a trial.

3. Defense Counsel has consulted with the U.S. Attorney and they do not oppose the requested continuance.

4. A continuance of approximately 45 days may place the parties in a position to conclude the case.

5. This continuance is sought in the interest of justice and not for purposes of delay.

6. The Defendant is fully aware of this request and agrees with Defense Counsel's advice regarding this request for a continuance. Defense Counsel has spoken to Defendant on the phone regarding this request for continuance and Defendant consented via letter to Counsel to the filing of this motion.

**WHEREFORE** the Defendant, JOHN T. SEEBAUER, prays that the current pre-trial and jury trial setting be vacated and the matter be set for new dates approximately 45 days out consistent with the Court's schedule and for such other relief deemed just and appropriate.

        **BECKETT LAW OFFICE, P.C.**
        Attorney for Defendant,


    By: */s/ Audrey C. Thompson*
        Audrey C. Thompson,
        Attorney for the Defendant

**AUDREY C. THOMPSON**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway Avenue
Urbana IL  61801
(217) 328-0263 [Voice]
(217) 328-0290 [Facsimile]
audrey@beckettlawpc.com
A.R.D.C. # 6327692

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2021, I electronically filed the above *Motion to Continue* with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Elly Pierson, Assistant U.S. Attorney - 201 South Vine Street, Urbana, IL**

*/s/ Audrey C. Thompson*
Audrey C. Thompson,
Attorney for Defendant

**AUDREY C. THOMPSON**
**BECKETT LAW OFFICE, P.C.**
508 South Broadway Avenue
Urbana IL  61801
(217) 328-0263 [Voice]
(217) 328-0290 [Facsimile]
audrey@beckettlawpc.com
A.R.D.C. # 6327692