E-FILED
Tuesday, 04 January, 2022  11:40:05 AM
Clerk, U.S. District Court, ILCD



# ZOOM  CONNECTION INFORMATION

## URBANA

**Judge Long**

**Participants can log into the video hearing using the Zoom application or go to
https://zoom.com/join and entering the following Meeting ID: 160 924 96574. The Court
will admit you from the waiting room once the hearing is ready to begin. For those
participating by telephone, call (551) 285-1373 and enter the Meeting ID when prompted to
do so.**

Video:
Meeting ID:  160 924 96574

Audio Only:
Phone: 551-285-1373, then enter Meeting ID 160 924 96574