E-FILED
Tuesday, 31 May, 2022  11:14:42 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>              Plaintiff,                    )<br>     v.                                            )<br>                                                          )<br>JOHN SEEBAUER,                       )<br>                                                          )<br>              Defendant.                 ) | Case No. 20-CR-20043 |

## ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On May 11, 2022, a Report and Recommendation (#46) was filed by United States Magistrate Judge Eric I. Long in this case, recommending that Defendant John Seebauer's plea of guilty be accepted. More than fourteen days have elapsed, and no objections have been made. This court therefore ACCEPTS the recommendation of the Magistrate Judge. Defendant's plea of guilty as to Counts 1-3 of the Indictment (#1) is accepted by the court and Defendant is adjudged guilty of Counts 1-3. The Magistrate Judge's order that the United States Probation Office is to prepare a pre-sentence investigation report remains in effect. Sentencing remains set for September 19, 2022, at 10:00 a.m. in Courtroom C in Urbana, before the undersigned.

ENTERED this 31st day of May, 2022.

s/ Michael M. Mihm
MICHAEL M. MIHM
SENIOR U.S. DISTRICT JUDGE