IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cr-20043 |
| | ) |
| JOHN T. SEEBAUER, | ) |
| | ) |
| Defendant. | ) |

**PRELIMINARY ORDER OF FORFEITURE**

THIS MATTER coming before the Court on the Government's Motion for entry of a Preliminary Order of Forfeiture upon Defendant John T. Seebauer's plea of guilty, and pursuant to Title 18, United States Code, Section 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

1.     The Government seeks forfeiture, pursuant to Title 18, United States Code, Section 2253, of: (a) any visual depictions or other matter containing such visual depictions which were produced, transported, mailed, shipped, received, or possessed as alleged therein; (b) any property, real or personal, constituting or traceable to gross profits and other proceeds obtained from the offenses alleged therein; and (c) any property, real or personal, used or intended to be used to commit or promote the commission of the offenses alleged therein, including, but not limited to, video recorders and accessories, cameras, computer hardware such as monitors, central processing units, keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the

1

aforementioned hardware and software tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software, including the specific equipment listed:

- HP Envy Touchsmart 15 Notebook computer, Serial No.: 5CG4041OD3;
- Imation external hard drive 250GB;
- Lexar 16GB USB flash drive; and
- Western Digital My Passport portable hard drive.

  2.  On May 11, 2022, the Defendant pled guilty to Counts 1, 2, and 3 of the Indictment and agreed to the forfeiture of any and all rights, title, and interest in the property set forth in the Indictment, including the specific equipment listed above.

  3.  Based upon the Defendant's admissions at the time of his change of plea hearing and the evidence presented by the United States, this Court finds that the Government has established the appropriate nexus between the items to be forfeited and the offenses to which the defendant pled guilty, and that said property is, therefore, subject to forfeiture to the United States.

This Court hereby GRANTS the United States' Motion for entry of a Preliminary Order of Forfeiture. Accordingly, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

  A.  All rights, title, and interest in and to the property described above are preliminarily forfeited to the United States of America, and the United States is hereby authorized to seize said items for disposition in accordance with the law, subject to the provisions of Title 18, United States Code, Section 2253.

  B.  The above-mentioned property is to be held by the United States until further order of this Court.

C.      Pursuant to Title 21, United States Code, Section 853, the United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order and the Government's intent to dispose of the property in the manner prescribed by the Attorney General, and notice that any person other than the Defendant having or claiming a legal interest in the property must file a petition with the Court and serve a copy on John D. Hoelzer, Assistant United States Attorney, within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought. Publication may consist of posting notice for a period of thirty days on www.forfeiture.gov, an internet site maintained by the U.S. Department of Justice.

D.      Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATE:_____

                                                     _____
                                                     MICHAEL M. MIHM
                                                     UNITED STATES DISTRICT JUDGE